IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| RADIO SYSTEMS CORPORATION and PUP-PEE SOLUTIONS USA, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:13-CV-00385 |
| ECO PET SOLUTIONS, INC., | ) ) ) | |
| Defendant. | ) | |

___

**MOTION FOR LEAVE TO FILE UNDER SEAL THE AFFIDAVIT OF SAMUEL F. MILLER IN SUPPORT OF AWARD OF ATTORNEY FEES, EXPENSES, AND COSTS**
___

COME NOW Plaintiffs Radio Systems Corporation and Pup-Pee Solutions USA, Inc. (collectively, "Plaintiffs") and move for leave to file under seal the Affidavit of Samuel F. Miller in Support of Award of Attorney Fees, Expenses, and Costs (the "Miller Affidavit").

As grounds for this Motion, Plaintiffs state that the fees charged for each attorney as well as information contained in the time entries are confidential and private financial information of Plaintiffs and Plaintiffs' counsel and is not publicly available information. Further, the Miller Affidavit provides information regarding the reasonableness of the fees charged for each attorney and discusses the work performed by Plaintiffs' counsel in this matter. Accordingly, Plaintiffs request that the Miller Affidavit and the exhibits annexed thereto be placed under seal.

Pursuant to Rule 12.2 of the Electronic Case Filing Rules and Procedures of United States District Court for the Eastern District of Tennessee, Plaintiffs will file the Miller Affidavit

and the exhibits annexed thereto as "Proposed Sealed Documents" immediately following the filing of this Motion.

<div style="margin-left: 50%;">

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

s/ Samuel F. Miller
Samuel F. Miller (BPR No. 22936)
Maia T. Woodhouse (BPR No. 30438)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Baker Donelson Center, Suite 800
211 Commerce Street
Nashville, Tennessee 37201
Telephone: (615) 726-5594
Facsimile: (615) 744-5594
Email: smiller@bakerdonelson.com
Email: mwoodhouse@bakerdonelson.com

*Attorneys for Plaintiffs Radio Systems Corporation and Pup-Pee Solutions USA, Inc.*

</div>

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 20, 2014, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be served on the following via U.S. Mail, postage prepaid. Parties may access this filing through the Court's electronic filing system.

> Jude Hudson, Statutory Agent
> Eco Pet Solutions, Inc.
> 8902 East Via Linda
> Suite 110-197
> Scottsdale, Arizona 85258

Courtesy copies will also be sent to:

> Ken Motolenich-Salas (Bar No. 027499)
> Weiss & Moy, P.C.
> 4204 N. Brown Avenue
> Scottsdale, AZ 85251
> Telephone: (480) 994-8888
> Facsimile: (480) 947-2663
> Email: kmotolenich@weissiplaw.com

<div style="text-align: right;">
s/ Samuel F. Miller<br>
Samuel F. Miller
</div>