UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RADIO SYSTEMS CORPORATION and PUP-PEE SOLUTIONS USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ECO PET SOLUTIONS, INC., <br><br> Defendant. | Case No. 3:13-CV-385 <br><br> Judge Curtis L. Collier |

## ORDER

Before the Court is a motion for an award of attorney fees brought by Plaintiffs in this case (Court File No. 16). The Court referred the motion to United States Magistrate Judge H Bruce Guyton (Court File No. 22), who has filed a report and recommendation ("R&R") recommending Plaintiffs' motion be granted in part and denied in part (Court File No. 29). Neither party timely filed an objection.

Having reviewed the R&R, the parties' briefs, the applicable law, and the record, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's finding of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b). Accordingly, Plaintiff's motion for an award of attorneys fees is **GRANTED IN PART** and **DENIED IN PART** and Plaintiff is awarded a total of $15,856.30 in fees, costs, and expenses (Court File No. 16).

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**